**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GREGORY D. WIER,

        Petitioner,                      CASE NO. 11-51281

    -vs-                            HON. SEAN F. COX
                                     MAG. JUDGE PAUL J. KOMIVES

UNITED STATES OF AMERICA,
DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,

        Respondent.
_____/

STIPULATED
ORDER AND JUDGMENT

IT IS HEREBY STIPULATED AND AGREED to by the parties, United States of America, and

the respondent, Gregory D. Wier, by and through their undersigned attorneys as follows:

     IT IS ORDERED that the Petition to Quash be DISMISSED; and it is further

     ORDERED that Teresa Spence will appear before Revenue Agent C. Mei Chung or her

designated representative at 1:00 p.m. on March 20, 2012, at 917 North Saginaw, Flint,

Michigan, then and there to be sworn, to give testimony, and to produce for examination  and

copying the following:

1.     Copies of tax returns prepared for calendar years 2008 and 2009 for Gregory D. Wier,

        Wier Holdings, LLC, and Pot O Gold Ice Cream, LLC; including, but not limited to,

        Forms 1096 and 1099.

2.     A backup copy of accounting/bookkeeping software ( Quickbook ) prepared and/or used

        for Gregory D. Wier, Wier Holdings LLC & Pot O Gold Ice Cream LLC, for calendar

        years 2008 and 2009.

- A copy of the <u>original electronic backup file of the QuickBooks</u> books and records that includes the period from **01/01/2008** <u>thru</u> **12/31/2008**. This copy should not be an altered version of the QuickBooks data but rather a copy of the original electronic backup file.

     i.     The QuickBooks backup file should include any changes to the data entered after year end and should have a file extension of QBB. The backup file can be provided on a CD, DVD, or thumb/jump drive.

     ii.    The QuickBooks administrator's user name and password for the backup file requested in item (i )above.  Please note that the administrator's password may be temporarily changed before copying the electronic backup file for the IRS; then the password may be changed back to the original "standard" one within the main QuickBooks working file.

     iii.   The Version (i.e., year) and the Edition (e.g., Pro, Premier, Enterprise Solutions) of QuickBooks used to create the backup file.

3.   Copies of any and all forms prepared and/or filed with Internal Revenue Service for calendar years 2008 and 2009 on behalf of Gregory D. Wier, Wier Holdings, LLC, and Pot O Gold Ice Cream, LLC, including, but not limited to, Form 2553 ( Election by a Small Business Corporation). If any Form 2553 was filed on behalf of Gregory D. Wier, Wier Holdings, LLC, and/or Pot O Gold Ice Cream, LLC, provide a copy of return Proof

of Form 2553 filed and accepted by Internal Revenue Service, including (a) Form 2553

with an accepted stamp, (b) Form 2553 with a stamped IRS received date, or (c) an IRS

Letter stating that Form 2553 has been accepted.

4.      Copies of any and all forms prepared and/or filed with Internal Revenue Service on

behalf  of Gregory D. Wier, Wier Holdings LLC & Pot O Gold Ice Cream LLC,

including       but not limited to Form 1120S. If any Form 1120S was filed on behalf of Gregory

D.      Wier, Wier Holdings, LLC, and/or Pot O Gold Ice Cream, LLC, also provide a copy

of proof of any and all Form 1120S filed for calendar years 2008 and 2009.

5.      Copies of any and all statements, invoices, logs, schedules, ledgers, journals maintained

by Teresa Spence to prepare for any tax returns for Gregory D. Wier, Wier Holdings,

LLC, and Pot O Gold Ice Cream, LLC, for calendar years 2008 and 2009.

6.       Any other books and records not mentioned herein, of any other transactions pertaining

to Gregory D. Wier, Wier Holdings, LLC, and Pot O Gold Ice Cream, LLC, for calendar

years 2008 and 2009, that are in Teresa Spence's custody, possession, or control.

The examination is to continue from day to day until completed.

3

BARBARA L. McQUADE
United States Attorney


/s/Jerry R. Abraham (with consent)          /s/ Vanessa M. Mays
JERRY R. ABRAHAM (P45768)          VANESSA M. MAYS (P34725)
 Counsel for the Respondent          Assistant United States Attorney
30500 Northwestern Hwy.          211 W. Fort Street
Suite 410          Suite 2001
Farmington Hills, MI 48334          Detroit, MI 48226
(248) 539-5040          (313) 226-9762
info@abrahamandrose.com          vanessa.mays@usdoj.gov

Dated:


IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge


Dated:  February 21, 2012